Michael Maddigan (Bar No. 163450)
HOGAN LOVELLS CADWALADER US LLP
1999 Ave of the Stars Ste 1400
Los Angeles, CA 90067
(310) 785-4600
(310) 785-4601
michael.maddigan@hlc.com

Claude G. Szyfer (*pro hac vice* forthcoming)
Elai Katz (*pro hac vice* forthcoming)
HOGAN LOVELLS CADWALADER US LLP
200 Liberty Street
New York, New York 10281
(212) 504-6000
claude.szyfer@hlc.com
elai.katz@hlc.com

Liam E. Phibbs (*pro hac vice* forthcoming)
Holden A. Steinhauer (*pro hac vice* forthcoming)
HOGAN LOVELLS CADWALADER US LLP
555 Thirteenth Street, NW
Washington, DC 20004
(202) 637-5600
liam.phibbs@hlc.com
holden.steinhauer@hlc.com

*Attorneys for Defendant California Regional Multiple Listing Service, Inc.*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| COMPASS, INC.; COMPASS CALIFORNIA, INC.; and COMPASS CALIFORNIA III, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>CALIFORNIA REGIONAL MULTIPLE LISTING SERVICE, INC.,<br><br>Defendant. | Case No. 5:26-cv-06121-KK<br><br>**DECLARATION OF CLAUDE G. SZYFER IN SUPPORT OF DEFENDANT CALIFORNIA REGIONAL MULTIPLE LISTING SERVICE, INC.'S MOTION TO STAY**<br><br>Filed concurrently with Notice of Motion and Motion to Stay; Memorandum of Points and Authorities; and [Proposed] Order<br>Date: January 14, 2027<br>Time: 9:30 a.m.<br>Courtroom: 3<br>Judge: Hon. Kenly Kiya Kato<br>Complaint Filed: October 16, 2026 |

I, Claude G. Szyfer, declare as follows:

1. I am an attorney and a partner in the law firm of Hogan Lovells Cadwalader US LLP, counsel of record for Defendant California Regional Multiple Listing Service, Inc. ("CRMLS") in the above-captioned action. I am a member in good standing of the Bar of the State of New York, and my application to appear pro hac vice in this action is forthcoming. I submit this declaration in support of CRMLS's Motion to Stay (the "Motion"). I have personal knowledge of the facts set forth herein, except as otherwise stated, and if called as a witness, I could and would testify competently thereto.

2. I am also counsel for CRMLS in the earlier-filed action *California Regional Multiple Listing Service, Inc. v. Compass, Inc.*, No. 1:26-cv-08796-MKV (S.D.N.Y.) (the "S.D.N.Y. Action").

3. Attached hereto are true and correct copies of the documents identified in the following table, each designated by the exhibit letter indicated. The table also identifies the section of the Memorandum of Points and Authorities in which each document is referenced.

| **Exhibit** | **Description of Document** | **Section of Brief Where Referenced** |
|---|---|---|
| **Exhibit A** | CRMLS End User License Agreement (the "EULA"), including Sections I(A), II(A), V(A), XI(B), XVII(A), XVIII(E), and XVIII(F) and the "I AGREE" acceptance notice | Background § A–B; Argument Part III (A)–(E) |
| **Exhibit B** | CRMLS Rules and Policies, including Rules 7.8, 7.9, and 7.9.1 and the provisions governing "Coming Soon" status | Background § A; Argument Part I.C & n.5 |
| **Exhibit C** | Memorandum Opinion and Order, *Zillow Group, Inc. v. Midwest Real Estate Data LLC*, No. 1:26-cv-05451, Dkt. No. 139 (N.D. Ill. Sept. 15, 2026) (the "MRED Arb. Order") | Argument Part III (intro), III.B, III.E |

| Exhibit | Description of Document | Section of Brief Where Referenced |
|---|---|---|
| **Exhibit D** | Motion to quash subpoenas / memorandum of law, ECF No. 2, filed by Compass, Inc. in *In re Subpoena Issued in ThePLS.com, LLC v. National Association of Realtors*, No. 1:26-mc-00525-GHW (S.D.N.Y.) | Background § E; Argument Parts I.D, II.C |
| **Exhibit E** | Mot. for Transfer of Actions at 1, *In re Multiple Listing Serv. Rules Antitrust Litig.*, Case Pending No. 67 (J.P.M.L. Nov. 23, 2026), ECF No. 1 | Background § F; Argument Part II.E |
| **Exhibit F** | Letter to Judge M. Vyskocil from N. Eimer, dated October 20, 2026, *California Regional Multiple Listing Service, Inc. v. Compass, Inc.*, No. 1:26-cv-08796-MKV, ECF No. 10 (S.D.N.Y.) | Introduction; Background § E; Argument Parts I.C, I.D, II.D |
| **Exhibit G** | Letter to Judge M. Vyskocil from N. Eimer, dated October 22, 2026, *California Regional Multiple Listing Service, Inc. v. Compass, Inc.*, No. 1:26-cv-08796-MKV, ECF No. 11 (S.D.N.Y.) | Introduction; Background § E; Argument Parts II.C, II.D |
| **Exhibit H** | Letter to Judge M. Vyskocil from C. Szyfer, dated October 23, 2026, *California Regional Multiple Listing Service, Inc. v. Compass, Inc.*, No. 1:26-cv-08796-MKV, ECF No. 12 (S.D.N.Y.) | Introduction; Background § E; Argument Parts I.B, I.D, II.C, II.D |
| **Exhibit I** | Letter to Judge M. Vyskocil from C. Szyfer, dated October 27, 2026, *California Regional Multiple Listing Service, Inc. v. Compass, Inc.*, No. 1:26-cv-08796-MKV, ECF No. 15 (S.D.N.Y.) | Introduction; Background § E; Argument Parts I.D, II.C, II.D |
| **Exhibit J** | Letter to Judge M. Vyskocil from N. Eimer, dated October 30, 2026, *California Regional Multiple Listing Service, Inc. v. Compass, Inc.*, No. 1:26-cv-08796-MKV, ECF No. 16 (S.D.N.Y.) | Introduction; Background § E; Argument Parts I.D, II.D |

| Exhibit | Description of Document | Section of Brief Where Referenced |
|---|---|---|
| **Exhibit K** | Letter to Judge M. Vyskocil from C. Szyfer, dated November 4, 2026, *California Regional Multiple Listing Service, Inc. v. Compass, Inc.*, No. 1:26-cv-08796-MKV, ECF No. 17 (S.D.N.Y.) | Introduction; Background §§ C, E; Argument Parts II.C, II.D |
| **Exhibit L** | Scheduling Order, dated November 19, 2026, *California Regional Multiple Listing Service, Inc. v. Compass, Inc.*, No. 1:26-cv-08796-MKV, ECF No. 18 (S.D.N.Y.) | Introduction; Background § E; Argument Parts I.D, II.D |
| **Exhibit M** | Exhibit A to Complaint (Compass demand letter), *California Regional Multiple Listing Service, Inc. v. Compass, Inc.*, No. 1:26-cv-08796-MKV, ECF No. 1-1 (S.D.N.Y.) | Argument Part I.B n.6 |
| **Exhibit N** | Exhibit E to Complaint (CRMLS correspondence to Compass), *California Regional Multiple Listing Service, Inc. v. Compass, Inc.*, No. 1:26-cv-08796-MKV, ECF No. 1-5 (S.D.N.Y.) | Argument Parts I.D, II.B |
| **Exhibit O** | Email correspondence between the parties regarding the requested relief and potential alternatives | Paragraph 4 to Szyfer Declaration |

4. On November 13, 2026, counsel for CRMLS, myself and Liam Phibbs, met and conferred with counsel for Plaintiffs, Nate Eimer and Vanessa Jacobsen, by videoconference pursuant to Local Rule 7-3 regarding the substance of the Motion, including the legal basis for the relief sought under Ninth Circuit law and any potential resolution. Plaintiffs' counsel advised that they would need to consult with their client regarding the relief requested. On November 18, 2026, I requested an update regarding Plaintiffs' position and that same day Plaintiffs' counsel advised that Plaintiff will not agree to the requested relief of a stay. The parties engaged further discussion regarding potential extensions of related deadlines but were unable to reach a resolution that would eliminate the necessity of the Motion to Stay. *See* Exhibit O.

5. Pursuant to § VI of the Court's Civil Standing Order, I declare that Harvey and Westlaw's AI Deep Research were used in the preparation of CRMLS's Motion to Stay and that the underlying source material was reviewed to verify that all information incorporated in to the motion was accurate.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on November 23, 2026, at New York, New York.

*/s/ Claude G. Szyfer*
Claude G. Szyfer